CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
mark@potterhandy.com
Phyl Grace, Esq., SBN 171771
phylg@potterhandy.com
Dennis Price, Esq., SBN 279082
dennisp@potterhandy.com
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

FISHER & PHILLIPS, LLP
Bret Martin, Esq., SBN 304658
BMartin@fisherphillips.com
John A. Mavros, Esq., SBN 257673
2050 Main Street, Suite 1000
Irvine, CA 92614
T: (949)851-2424
F: (949)851-0152
Attorneys for Defendants
765 SHOWCASE DRIVE NORTH, LLC and
IMPERIAL IMPORTS, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO GARIBAY, JR., <br><br> Plaintiff, <br><br> v. <br><br> 765 SHOWCASE DRIVE NORTH, LLC, a Califronia Limited Liability Company; IMPERIAL IMPORTS, INC., a California Corporation; and Does 1-10, <br><br> Defendants. | Case No.: 5:17-CV-00662-SVW-SP <br><br> **JOINT NOTICE OF SETTLEMENT** |

1    The Parties hereby jointly notify the court that a global settlement has been
2 reached in the above-captioned case and the parties would like to avoid any additional
3 expense, and further the interests of judicial economy.
4    All Parties, therefore, apply to this Honorable Court to vacate all currently set
5 dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to
6 all parties will be filed within 60 days. The Parties further request that the Court
7 schedule a Status Conference/OSC Hearing approximately 60 days out at which the
8 Parties, by and through their attorneys of record shall show cause why this case has not
9 been dismissed.

Dated: 9/7/17                                CENTER FOR DISABILITY ACCESS

                                             By: ___/s/Phyl Grace_____
                                             Phyl Grace
                                             Attorneys for Plaintiff

Dated: 9/7/17                                FISHER & PHILLIPS, LLP

                                             By:  __/s/Bret Martin_____
                                             Bret Martin
                                             John A. Mavros
                                             Attorneys for Defendants
                                             765 SHOWCASE DRIVE NORTH, LLC
                                             IMPERIAL IMPORTS, INC.

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Bret Martin, counsel for 765 Showcase Drive North, LLC and Imperial Imports, Inc., and that I have obtained Mr. Martin's authorization to affix his electronic signature to this document.

Dated: 9/7/17                                   CENTER FOR DISABILITY ACCESS

                                                By:    /s/Phyl Grace
                                                       Phyl Grace
                                                       Attorney for Plaintiff