CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

FISHER & PHILLIPS, LLP
BRET MARTIN, Esq., SBN 304658
BMartin@fisherphillips.com
JOHN A. MAVROS, Esq., SBN 257673
2050 Main Street, Suite 1000
Irvine, CA 92614
T: (949)851-2424
F: (949)851-0152
Attorneys for Defendants
765 Showcase Drive North, LLC and
Imperial Imports, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALFONSO GARIBAY, JR.,

Plaintiff,

v.

765 SHOWCASE DRIVE NORTH, LLC, a California Limited Liability Company;
IMPERIAL IMPORTS, INC., a California Corporation; and Does 1-10,

Defendants.

Case: 5:17-cv-00662 CBM-SP

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 10/10/17 CENTER FOR DISABILITY ACCESS

By: __/s/Phyl Grace________
Phyl Grace
Attorneys for Plaintiff

Dated: 10/10/17 FISHER & PHILLIPS, LLP

By: __/s/John A. Mavros____________
Bret Martin
John A. Mavros
Attorneys for Defendants
765 Showcase Drive North, LLC and
Imperial Imports, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to John A. Mavros, counsel for 765 Showcase Drive North, LLC and Imperial Imports, Inc., and that I have obtained Mr. Mavros' authorization to affix his electronic signature to this document.

Dated: 10/10/17 CENTER FOR DISABILITY ACCESS

By: ____/s/Phyl Grace________
Phyl Grace
Attorneys for Plaintiff